

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**AKEEM ALONZO WILLIAMS,**

    Plaintiff,

v.                                                                                 Civil Action No. **3:15CV09**

**DEPUTY ROBINSON,** *et al.,*

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on February 10, 2015, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address. On May 6, 2015, the United States Postal Service returned a April 24, 2015 Memorandum Order to the Court marked, "RETURN TO SENDER," and "INMATE NO LONGER HOUSED AT HENRICO COUNTY JAIL." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                             /s/
                                            James R. Spencer
                                            Senior U. S. District Judge

Date: 5-20-15
Richmond, Virginia